# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**In re:**

**POPULUXE, LLC,**

**CASE NO. 6:23-bk-00842-GER**

**CHAPTER 11**

    **Debtor.**

*Subchapter V Election*

_____/

## NOTICE OF COMPLIANCE

**PLEASE TAKE NOTICE** that Brian T. Peterson, pursuant to Local Rule 2090-1, paid the Attorney Special Admission Fee in the amount of $150.00 to the United States District Court for the Middle District of Florida pursuant to the Order granting Movant's motion to appear pro hac vice on behalf of Amazon Capital Services, Inc. and Amazon.com Services, LLC in the above-captioned matter.

Dated this 11th day of May, 2023.

                                                                                           K&L GATES LLP

                                                                                          */s/ Carly S. Everhardt*
                                                                                          Carly S. Everhardt
                                                                                          Florida Bar No. 122053
                                                                                          Southeast Financial Center,
                                                                                          Suite 3900
                                                                                          200 S. Biscayne Boulevard
                                                                                          Miami, Florida 33131
                                                                                         Tel: (305) 539-3300
                                                                                         Fax: (305) 358-7095
                                                                                         Email: carly.everhardt@klgates.com

    Michael J. Gearin (admitted *pro hac vice*)
    Brian T. Peterson (admitted *pro hac vice*)
    925 Fourth Avenue, Suite 2900
    Seattle, WA 98104-1158
    Tel: (206) 623-7580
    michael.gearin@klgates.com
    brian.peterson@klgates.com

*Counsel to Amazon Capital Services, Inc. and Amazon.com Services, LLC*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 11, 2023, a true and correct copy of the foregoing **NOTICE OF COMPLIANCE** was served through the CM/ECF system to all registered **CM/ECF recipients.**

*/s/ Carly S. Everhardt*

314297914.1